1

DAL BON & MARGAIN, APC
TOMAS E. MARGAIN - 193555

2

28 North 1st, Suite 210
San Jose, CA  95113

3

Telephone:     (408) 297-4729
Facsimile:      (408) 297-4728

4

Attorneys for Plaintiff

5

6

7

# UNITED STATES DISTRICT COURT

8

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

### OAKLAND DIVISION

10

11

BACILIA ARROYO,

No. C 10-05185 LB

12

Plaintiff (s),

**STIPULATION AND [PROPOSED]
ORDER RE: STAY OF PROCEEDINGS
PENDING DEFENSE COUNSEL'S
MOTION TO WITHDRAW**

13

v.

14

NAGIB HADDAD, ET AL,

**Action Filed:**    November 16, 2010
**Initial CMC:**     March 10, 2011
**Trial Date:**      Not Set

15

Defendant(s).

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1     Pursuant to Local Rule 6-1, Plaintiff BACILIA ARROYO and Defendants Nagib

2   Haddad and Sweet Paradise Fine Foods, Inc., by and through their respective attorneys

3   of record, hereby state, agree and stipulate as follows:

4     1.     The matter was filed on November 16, 2010.

5     2.     When counsel for the parties began meeting and conferring on Rule 26

6   disclosures and the initial Case Management Conference statement, Defendant's counsel

7   reached an impasse with his clients as to whether he could continue to represent them.

8     3.     He is currently seeking to have his clients voluntarily substitute him out of

9   the case.  In the event this does not occur, he will move to withdraw.

10    4.     The following events are set to occur in the next 30 days: (1) parties Rule 26

11  deadlines; Parities deadline to file a Case Management Statement; (3) Initial Status

12  Conference.

13    5.     In order to protect the rights of Defendants, the Parties hereby stipulate to

14  a stay of all proceedings and continuance of all deadlines in this case sixty (60) days.

15  This will allow Defendants notify the Court and Plaintiff's counsel that they have

16  retained substitute counsel in this action or, in the alternative, for counsel to move to

17  withdraw from representing Defendants.

18  **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**.

19

20  DATED:  March 3, 2011

21                                         By: /s/ Steven P. Cohn
                                               Attorneys for Defendants

22  DATED:  March 3, 2011                    DAL BON & MARGAIN, APC

23

24                                         By: /s/s Tomas Margain

25                                             TOMAS E. MARGAIN
                                               Attorneys for Plaintiff

26

27

28

STIPULATION AND [PROPOSED] ORDER (CV10-03193 LB)                    2793473.1

1 | **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN. THE COURT ORDERS AS FOLLOWS:**

2

3 | All proceedings in this matter are stayed and all deadlines shall be continued 60

4 | days as follows:

5 | (1) Last Day to meet and confer re initial disclosures and early settlement, ADR

6 | process selection and discovery plan: April 28, 2011.

7 | (2) Last Day to file Rule 26(f) Report, complete initial Disclosures:  May ~~5~~ 12, 2011

8 | (3) Last Day to File Joint Case Management Statement Due: May ~~5~~ 12, 2011

9 | (4) Initial Case Management Conference: May ~~5~~ 26, 2011  at 10:30 a.m.

10

11

12

13

14

15 | **IT IS SO ORDERED.**

16 | DATED:  _March 4, 2011_____     By:_____

17 | LAUREL BEELER
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

- 3 -