STEVEN P. COHN, ESQ. SBN 96808
ADVOCACY CENTER
2084 Alameda Way
San Jose, CA 95126
Telephone (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Defendants
NAGIB HADDAD and
SWEET PARADISE FINE FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| BACILIA ARROYO, | Case No. CV 10-05185 LB |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE: CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| NAGIB HADDAD and SWEET PARADISE FINE FOODS, INC., | Complaint Filed: November 16, 2010 |
| Defendants | Trial Date: Not Set |

COME NOW THE PARTIES HERETO and, by and through their respective attorneys of record, hereby state, agree, and stipulate as follows:

1.   The upcoming Case Management Conference, presently scheduled for May 26, 2011, shall be continued to June 23, 2011, at 10:30 a.m.

2.   The parties intend to appear telephonically at the Case Management Conference.

3.   The parties' Joint Case Management Statement shall be filed no later than June 16, 2011.

Dated: May 24, 2011            ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____/S/ Steven P. Cohn_____
STEVEN P. COHN, ESQ.
Attorneys for Defendants
NAGIB HADDAD and
SWEET PARADISE FINE FOODS, INC.

Dated: May 25, 2011

DAL BON & MARGAIN APC

By: _____
TOMAS E. MARGAIN, ESQ.
Attorneys for Plaintiff
BACILIA ARROYO

### [PROPOSED] ORDER

Pursuant to stipulation by the parties, and with good cause appearing therefore, the Court orders as follows:

1. The upcoming Case Management Conference, presently scheduled for May 26, 2011, shall be continued to June 23, 2011, at 10:30 a.m.
2. The parties shall be permitted to appear telephonically at the Case Management Conference.
3. The parties' Joint Case Management Statement shall be filed no later than June 16, 2011.

IT IS SO ORDERED.

Dated: __May 25_____, 2011   By: _____
HON. LAUREL BEELER
United States Magistrate Judge

*IT IS SO ORDERED.*
*Judge Laurel Beeler*

The parties shall contact the Courtroom Deputy, Lashanda Scott, at 510-637-3525 to provide her with direct dial numbers for their telephonic appearances.