1 **STEVEN P. COHN, ESQ.  SBN 96808**
ADVOCACY CENTER
2 2084 Alameda Way
San Jose, CA 95126
3 Telephone (408) 557-0300
Facsimile: (408) 557-0309
4
Attorneys for Defendants
5 NAGIB HADDAD and
SWEET PARADISE FINE FOODS, INC.
6

7

8
### UNITED STATES DISTRICT COURT
9
### NORTHERN DISTRICT OF CALIFORNIA
10
### (OAKLAND DIVISION)
11

| | |
|---|---|
| BACILIA ARROYO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>NAGIB HADDAD and SWEET PARADISE FINE FOODS, INC.,<br><br>　　　　Defendants | Case No.  CV 10-05185 LB<br><br>**MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION OF STEVEN P. COHN, ESQ.; [PROPOSED] ORDER**<br><br>Date: June 23, 2011<br><br>Time: 10:30 a.m.<br><br>Complaint Filed: November 16, 2010<br><br>Trial Date: Not Set |

　　COME NOW DEFENDANTS NAGIB HADDAD AND SWEET PARADISE FINE FOODS, INC. and hereby move the Court for an Order to allow Defendants to appear telephonically at the Case Management Conference scheduled for June 23, 2011 at 10:30 a.m.

　　As more particularly set forth in the attached Declaration of Steven P. Cohn, Esq., counsel for Defendants will be unavailable to personally appear at said Conference due to his wife's upcoming surgery. The parties have filed a Joint Case Management Conference Statement and are amenable to proceeding with mediation of the case forthwith.

Dated: June 20, 2011                                ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____/S/ Steven P. Cohn_____
STEVEN P. COHN, ESQ.
Attorneys for Defendants
NAGIB HADDAD and
SWEET PARADISE FINE FOODS, INC.

**[PROPOSED] ORDER**

Upon Defendants' motion, and with good cause appearing therefore, the Court orders as follows:

1. Defendants Nagib Haddad and Sweet Paradise Fine Foods, Inc. shall be permitted to appear telephonically at the Case Management Conference scheduled for June 23, 2011, at 10:30 a.m.

2. Steven P. Cohn, counsel for Defendants, will be contacted by the Court at the start of said Conference at telephone (408) 656-8000.

IT IS SO ORDERED.

Dated: __June 21__, 2011        By: ___[signature]___
HON. LAUREL BEELER
United States Magistrate Judge