DAL BON & MARGAIN, APC
TOMAS E. MARGAIN - 193555
28 North 1st, Suite 700
San Jose, CA  95113
Telephone:  (408) 297-4729
Facsimile:   (408) 297-4728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BACILIA ARROYO,<br><br>Plaintiff (s),<br><br>v.<br><br>NAGIB HADDAD, ET AL,<br><br>Defendant(s). | No. C 10-05185 LB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: REFERAL TO MAGISTRATE<br>FOR SETTLEMENT CONFERENCE**<br><br>**Action Filed:** November 16, 2010<br>**Initial CMC:**  March 10, 2011<br>**Trial Date:**   April 23, 2012 |

Plaintiff BACILIA ARROYO and Defendants Nagib Haddad and Sweet Paradise Fine Foods, Inc., by and through their respective attorneys of record, hereby state, agree and stipulate as follows:

1. The matter was filed on November 16, 2010.

2. The parties participated in Court sponsored mediation with James Nebel and were unable to resolve the matter.

3. A Jury Trial is set for April 23, 2012.

4. The parties and counsel believe that this case would benefit from a half day mediation session before a magistrate judge

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**.

- 2 -

1  DATED:   December 21, 2011

2                                                      By: /s/ Steven P. Cohn
3                                                           Attorneys for Defendants

4  DATED:   December 20, 2011              DAL BON & MARGAIN, APC

5
                                                       By: /s/s Tomas Margain
6                                                           TOMAS E. MARGAIN
                                                            Attorneys for Plaintiff
7

8

9  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN. THE COURT ORDERS AS FOLLOWS:**

10     This matter is referred to ~~mediation before~~ a settlement conference before a Magistrate Judge to occur within sixty days, if possible.

11     Parties are to contact the Clerk of the above assigned Judge to schedule a mediation session.

12

13

14  **IT IS SO ORDERED.**

15  DATED:  December 22, 2011     By:  _____
                                        LAUREL BEELER
16                                      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER                                          2793473.1