| | |
|---|---|
| 1 | DAL BON & MARGAIN, APC |
|   | TOMAS E. MARGAIN - 193555 |
| 2 | 28 North 1st, Suite 700 |
|   | San Jose, CA  95113 |
| 3 | Telephone:   (408) 297-4729 |
|   | Facsimile:    (408) 297-4728 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BACILIA ARROYO, | No. C 10-05185 LB |
| Plaintiff (s), | **STIPULATION AND [PROPOSED] ORDER RE: REFERAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE** |
| v. | **Action Filed:**   November 16, 2010 |
| NAGIB HADDAD, ET AL, | **Initial CMC:**     March 10, 2011 |
|  | **Trial Date:**        April 23, 2012 |
| Defendant(s). | |

   Plaintiff BACILIA ARROYO and Defendants Nagib Haddad and Sweet Paradise Fine Foods, Inc., by and through their respective attorneys of record, hereby state, agree and stipulate as follows:

   1.   The matter was filed on November 16, 2010.

   2.   The parties participated in Court sponsored mediation with James Nebel and were unable to resolve the matter.

   3.   A Jury Trial is set for April 23, 2012.

   4.   The parties and counsel believe that this case would benefit from a half day mediation session before a magistrate judge

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**.

- 1 -

STIPULATION AND [PROPOSED] ORDER

- 2 -

1  DATED:  December 21, 2011

2                                                                          By: /s/ Steven P. Cohn
                                                                                Attorneys for Defendants
3

4  DATED:  December 20, 2011                     DAL BON & MARGAIN, APC

5
                                                                          By: /s/s Tomas Margain
6                                                                              TOMAS E. MARGAIN
                                                                                Attorneys for Plaintiff
7

8

9  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN. THE COURT ORDERS AS FOLLOWS:**

10        This matter is referred to ~~mediation before~~ a settlement conference before a Magistrate Judge to occur within sixty days, if possible.

11        Parties are to contact the Clerk of the above assigned Judge to schedule a mediation session.

12

13

14  **IT IS SO ORDERED.**

15  DATED:  December 22, 2011    By: _____
                                                           LAUREL BEELER
16                                                        United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                                          2793473.1