1  **STEVEN P. COHN, ESQ.   SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, CA 95126
3  Telephone: (408) 557-0300
   Facsimile: (408) 557-0309
4
   Attorneys for Defendants
5  NAGIB HADDAD and
   SWEET PARADISE FINE FOODS, INC.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           (SAN JOSE DIVISION)
11

12
   BACILIA ARROYO,                    | Case No. CV 10-05185 LB
13
                 Plaintiff,            |
14                                     | STIPULATION AND [PROPOSED]
           vs.                         | ORDER RE: CONTINUE CASE
15                                     | MANAGEMENT CONFERENCE
   NAGIB HADDAD and SWEET PARADISE     |
16                                     | Complaint Filed: November 16, 2010
   FINE FOODS, INC.,                   |
17                                     | Trial Date: Not Set
                 Defendants            |
18

19
   COME NOW THE PARTIES HERETO and, by and through their respective attorneys of record
20
   hereby state, agree, and stipulate as follows:
21
   1.    The upcoming Case Management Conference presently scheduled for January 12, 2012,
22
         shall be continued to a date following the January 25, 2012 Settlement Conference.
23
   2.    The parties intend to appear telephonically at the Case Management Conference.
24
   //
25
   //
26
   //
27
   //
28

| | |
|---|---|
| Dated: January 6, 2012 | ADVOCACY CENTER FOR EMPLOYMENT LAW |
| | By: _____/S/ Steven P. Cohn_____ |
| | STEVEN P. COHN, ESQ. |
| | Attorneys for Defendants |
| | NAGIB HADDAD and SWEET PARADISE FINE FOODS, INC. |

| | |
|---|---|
| Dated: January 6, 2012 | DAL BON & MARGAIN APC |
| | By: __/s/ TOMAS MARGAIN__ |
| | TOMAS E. MARGAIN, ESQ. |
| | Attorneys for Plaintiff |
| | BACILIA ARROYO |

### [PROPOSED] ORDER

Pursuant to stipulation by the parties, and with good cause appearing therefore, the Court orders as follows:

1. The upcoming Case Management Conference, presently scheduled for January 12, 2012, shall be continued to ___February 2___, 2012 at ___10:30 a.m.___.

2. The parties shall be permitted to appear telephonically at the Case Management Conference.

3. The parties' Joint Management Conference Statement shall be filed no later than ___January 26, 2012___.

IT IS SO ORDERED.

Dated: ___January 9___, 2012

By: _____
HON. LAUREL BEELER
United State Magistrate Judge