**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone: (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Defendants
NAGIB HADDAD and
SWEET PARADISE FINE FOODS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| BACILIA ARROYO,<br><br>            Plaintiff,<br><br>    vs.<br><br>NAGIB HADDAD and SWEET PARADISE FINE FOODS, INC.,<br><br>            Defendants | Case No. CV 10-05185 LB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: November 16, 2010<br><br>Trial Date: Not Set |

COME NOW THE PARTIES HERETO and, by and through their respective attorneys of record hereby state, agree, and stipulate as follows:

1. The upcoming Case Management Conference presently scheduled for January 12, 2012, shall be continued to a date following the January 25, 2012 Settlement Conference.

2. The parties intend to appear telephonically at the Case Management Conference.

//
//
//
//

Dated: January 6, 2012                ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____/S/ Steven P. Cohn_____
STEVEN P. COHN, ESQ.
Attorneys for Defendants
NAGIB HADDAD and SWEET PARADISE FINE FOODS, INC.


Dated: January 6, 2012                DAL BON & MARGAIN APC

By: ___/s/ TOMAS MARGAIN___
TOMAS E. MARGAIN, ESQ.
Attorneys for Plaintiff
BACILIA ARROYO


## [PROPOSED] ORDER

Pursuant to stipulation by the parties, and with good cause appearing therefore, the Court orders as follows:

1. The upcoming Case Management Conference, presently scheduled for January 12, 2012, shall be continued to __February 2__, 2012 at __10:30 a.m.__.

2. The parties shall be permitted to appear telephonically at the Case Management Conference.

3. The parties' Joint Management Conference Statement shall be filed no later than __January 26, 2012__.

IT IS SO ORDERED.

Dated: __January 9__, 2012

By _____
HON. LAUREL BEELER
United State Magistrate Judge